IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LATONY DONTA BAKER, #204127, | ) |
| Petitioner, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 2:09cv533-WHA |
| LOUIS BOYD, et al., | ) ) ) |
| Respondents. | ) |

## ORDER

On June 10, 2009, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. #3). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby ADOPTED, and this case be and is hereby TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to the provisions of 28 U.S.C. § 2241(d).

DONE this 28th day July, 2009.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE